# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3160

_____

Lillie J. Williams,                        *
                                      *
          Appellant,           *
                                        *   Appeal from the United States
      v.                          *   District Court for the
                                        *   Eastern District of Arkansas.
Des Arc City Police Department;     *
Mayhar, Des Arc Police Department;  *   [UNPUBLISHED]
Burnett, Des Arc Police Department,  *
                                        *
         Appellees.           *

_____

Submitted: July 13, 2006
Filed: July 17, 2006

_____

Before BYE, HANSEN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Lillie Williams appeals the district court's[1] dismissal of her 42 U.S.C. § 1983 complaint. After de novo review, see Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998), we conclude that the dismissal was proper.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.